JPML FORM 1A

p.1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 623 -- In re Convertible Rowing Exerciser Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/11/14 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- for transfer of actions for pretrial proceedings pursuant to 28 U.S.C. §1407 -- filed by Diversified Products Corp. and Brown Fitzpatrick Lloyd Patent Ltd. w/exhibits A thru E and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: D. Delaware -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 84/11/23 | | APPEARANCES -- PHILIP B. POLSTER, ESQ. for Roadmaster, Inc., Melvin F. Jager, Esq. for Ajay Enterprieses Corp., Alan I. Cantor, Esq. for Diversified Products Corp. and Brown Fitzpatrick Lyloyd Patent Limited, Ford F. Farabow, Jr., Esq. for Allegheny International Exercise Company, John J. Dempsey, Esq. for Columbia Manufacturing Company (rh) |
| 84/11/26 | | APPEARANCES -- MYRON AMER, ESQ. for Beacon Enterprises, Inc. and Saw Mill River Industries, Inc. (ds) |
| 84/11/27 | 2 | REQUEST FOR EXTENSION OF TIME -- deft. Allegheny International Exercise Co. -- GRANTED to and including December 13, 1984 to deft. Allegheny Intenational Exercise Co. Notified involved counsel. (ds) |
| 84/11/28 | 3 | REQUEST FOR EXTENSION OF TIME -- Diversified Products, Inc. and Weslo Design International, Inc. -- GRANTED to and including December 13, 1984 to Diversified Products, Inc. and Weslo Design International, Inc. Notified involved counsel. (ds) |
| 84/11/29 | | APPEARANCE -- HAREY B. JACOBSON, JR., ESQ. for Billard Barbell Co. (ds) |
| 84/11/29 | 4 | REQUEST FOR EXTENSION OF TIME -- Billard Barbell Co. -- GRANTED to and including December 13, 1984 to ALL PARTIES -- Notified involved counsel. (ds) |
| 84/11/29 | 5 | RESPONSE -- Roadmaster, Inc. w/cert. of svc. (ds) |
| 84/11/29 | 6 | REQUEST FOR EXTENSION OF TIME -- Ajay Enterprises Corp. -- PREVIOUSLY GRANTED TO ALL PARTIES to and including December 13, 1984 -- Notified involved counsel. (ds) |
| 84/11/29 | 7 | REQUEST FOR EXTENSION OF TIME -- Columbia Manufacturing Co. -- PREVIOUSLY GRANTED TO ALL PARTIES to and including December 13, 1984. Notified involved counsel (ds) |

623    In re Convertible Rowing Exerciser Patent Lit.

| Date | No. | Entry |
|---|---|---|
| 84/11/30 | | APPEARANCES -- THOMAS J. ROSSA, ESQ. for Weslo Design International, Inc. and KENNETH R. GLASER, ESQ. for Walton Manufacturing Co. (ds) |
| 84/12/04 | | APPEARANCE -- CHARLES E. WILLS, ESQ. for Rocket Industries, Inc. (ds) |
| 84/12/10 | 8 | RESPONSE -- Walton Manufacturing Co. -- w/cert. of service (cds) |
| 84/12/13 | 9 | RESPONSE/BRIEF -- Allegheny International Exercise Co. -- w/exhibits and cert. of svc. (emh) |
| 84/12/14 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-10 for Panel Hearing in New Orleans, Louisiana on January 24, 1985 (rh) |
| 84/12/14 | 10 | RESPONSE -- Billard Barbell Co. -- w/cert. of service (cds) |
| 84/12/14 | 11 | RESPONSE -- Ajay Enterprises Corp. -- w/Exhibits A-F and cert. of service (cds) |
| 84/12/14 | 12 | RESPONSE -- Welso Design International, Inc. -- w/cert. of service (cds) |
| 84/12/17 | | FURTHER CERTIFICATE OF SERVICE (attached to pldg. 10) -- Billard Barbell Co. (cds) |
| 84/12/17 | | AMENDED CERTIFICATE OF SERVICE (Attached to pldg. 11) -- Ajay Enterprises Corp. (cds) |
| 84/12/17 | 13 | RESPONSE -- Columbia Manufacturing Co. -- w/cert. of service (cds) |
| 84/12/18 | 14 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Movants Diversified Products Corp. and Brown Fitzpatrick Lloyd Patent Ltd. -- GRANTED TO MOVANT TO AND INCLUDING JANUARY 4, 1985 (cds) |
| 84/12/26 | 15 | SUPPLEMENTAL RESPONSE -- Weslo Design International, Inc. -- w/cert. of service (cds) |
| 85/01/07 | 16 | REPLY/BRIEF -- filed by movants Diversified Products Corporation and Brown Fitzpatrick Lloyd Patent Ltd. -- w/cert. of svc. (rh) |
| 85/01/09 | | AMENDMENT TO HEARING ORDER filed on December 14, 1984 as amended December 26, 1984 deleting (A-4 Ajay Enterprises Corp. v. Diversified Products Corp., et al., N.D.Ill., 84-C-9012) -- NOTIFIED PASL and involved clerk and judge (emh) |

JPML FORM 1A

P. 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 623 -- In re Convertible Rowing Exerciser Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/10 | 17 | LETTER RESPONSE -- (supplementing Resp. # 9) deft. Allegheny International Exercise Co. -- w/cert. of svc. (rh) |
| 85/01/22 | | WAIVERS OF ORAL ARGUMENT -- ALL WAIVED (cds) |
| 85/01/24 | 18 | LETTER -- Supplementing Response Deft. Ajay Enterprises Corp. -- w/cert. of svc. (rh) |
| 85/01/30 | 19 | LETTER -- Deft. Diversified Products Corporation -- w/cert. of svc. (rh) |
| 85/02/06 | 20 | AFFIDAVIT OF MELVIN F. JAGER -- deft. Melvin F. Jager (Ajay Enterprises Corporation) -- w/cert. of svc. (rh) |
| 85/02/13 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to D. Delaware to the Hon. Murray M. Schwartz for transfer of litigation to pursuant to 28 U.S.C. §1407 (rh) |
| 85/02/13 | | TRANSFER ORDER -- transferring A-1, A-2, A-3, A-5, A-6, A-7, A-8, A-9, A-10 to the D. Delaware pursuant to 28 U.S.C. §1407. Notified involved counsel, clerk, judge and misc. recipients (rh) |
| 85/05/09 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-12 Diversified Products Corp., et al. v. Brown Fitzpatrick Lloyd Patent Ltd., E.D.Pa., #85-1848; B-13 Diversified Products Corp., et al. v. Weslo Design International, Inc., D.Utah, #NC-85-0054A -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 85/05/28 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-12 Diversified Products Corp., et al. v. Billard Barbell Co., E.D. Pennsylvania, C.A. No. 85-1848 and B-13 Diversfied Products Corp., et al. v. Weslo Design International, Inc. D. Utah, C.A. No.NC-85-0054A -- Notified involved judges and clerks (rh) |

JPML FORM 1A

p. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 623 -- In re Convertible Rowing Exerciser Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/07/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- A-4 Ajay Enterprises Corp. v. Diversfied Products Corp., et al., N.D. Illinois, C.A. no. 84-C-9012 -- Notified involved counsel and judge (rh) |
| 85/07/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- A-4 Ajay Enterprises Corp. v. Diversified Products Corp., et al., N.D. Illinois, C.A. No. 84-C-9012 -- Notified involved judges and clerks (cds) |
| 89/06/29 | 21 | NOTICE OF REASSIGNMENT OF JUDGE (from D. Delaware) -- Litigation reassigned to Judge Joseph J. Longobardi (rh) |
| 89/06/29 | | ORDER REASSINGING LITIGATION -- To Judge Joseph J. Longobardi -- Notified involved counsel, judges and clerk (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 623 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CONVERTIBLE ROWING EXERCISER PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 24, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 13, 1985 | TO | unpublished | D. Delaware | ~~Hon. Murray M. Schwartz~~<br>Hon. Joseph J. Longobardi | |

J. R. McAllister, Clerk
844 King St.
Wilmington, DE  19801

FTS 487-6170

Delaware Misc. No. 85-14

**Special Transferee Information**

DATE CLOSED: ~~11/17/88~~

7/19/94

C 6/9/88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 623 -- In re Convertible Rowing Exerciser Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Diversified Products Corp., et al. v. Rocket Industries, Inc. | C.D.Cal. Waters | 84-7967 | 2-13-85 | 85-113-MMS LON | ✓ | |
| A-2 | Diversified Products Corp., et al. v. Ajay Enterprises Corp. | D.Dela. Schwartz | 84-600-MMS | — — — — — | — — — | ✓ | |
| A-3 | Diversified Products Corp., et al. v. Allegheny Int'l Exercise Co. | D.Dela. Schwartz | 84-601 MMS | — — — — — | — — — | ✓ | |
| A-4 | Ajay Enterprises Corp. v. Diversified Products Corp., et al. 7-11-85 | N.D.Ill. Nordberg | 84-C-9012 | 7/29/85 | 86-278 LON | ✓ | |
| A-5 | Diversified Products Corp., et al. v. Roadmaster, Inc. | S.D.Ill. Foreman | 84-4506 | 2-13-85 | 85-114-MMS LON | ✓ | |
| A-6 | Diversified Products Corp., et al. v. Columbia Manufacturing Co. | D.Mass. Freedman | 84-0380-F | 2-13-85 | 85-115-MMS LON | ✓ | |
| A-7 | Diversified Products Corp., et al. v. Beacon Enterprises, Inc., et al. | S.D.N.Y. Leval | 84-CIV-7396 (PNL) | 2-13-85 | 85-116-MMS LON | 7/10/91 D | |
| A-8 | Diversified Products Corp., et al. v. Billard Barbell Co. | E.D.Pa. Huyett | 84-5022 | 2-13-85 | 85-117-MMS LON | 8/8/86 D | |
| A-9 | Diversified Products Corp., et al. v. Walton Manufacturing Co. | N.D.Tex. Hill | CA-3-84-1767-D | 2-13-85 | 85-118-MMS LON | ✓ | |
| A-10 | Diversified Products Corp., et al. v. Weslo Design Int'l, Inc. | D.Utah Jenkins | NC-84-165 J | 2-13-85 | 85-119-MMS LON | ✓ | |
| XYZ-11 | Diversified Products Corp., et al. v. Allegheny International Exercise Co. et al. | D. Dela. Schwartz | 85-174 | | | 5/10/88 D | |
| B-12 | Diversified Products Corp. v. Brown Fitzpatrick Lloyd Patent Ltd. | E.D.Pa. Huyett 3rd | 85-1848 | 5-28-85 | CA86-265-MMS LON | 8/8/88 D | |
| B-13 | Diversified Products Corp., et al. v. Weslo Design International, Inc. | D.Utah Anderson | NC-85-0054A | 5-28-85 | 87-298-MMS LON | 12/22/8 | |

July 1985 — 10 TR; 3 XYZ; 13 Pending  July 1986 Same

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 623 -- In re ConverTIble Rowing Exerciser Patent Litigation

---

Co-Lead Counsel appointed by Judge Joseph J. Longobardi on Feb. 28, 1989

CO-LEAD COUNSEL FOR DEFENDANTS
Melvin F. Jager, Esquire
Willian, Brinks, Olds, Hofer,
  Gilson & Lyone, Ltd.
One IBM Plaza
Suite 4100
Chicago, Illinois  60611

Thomas J. Rossa, Esquire
Trask & Britt
Post Office Box 1978
Salt Lake City, Utah  84110

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 623 -- In re Convertible Rowing Exerciser Patent Litigation

---

DIVERSIFIED PRODUCTS CORPORATION
BROWN FITZPATRICK LLOYD PATENT LTD.
(Pltfs. A-1,2,3,5,6,7,8,9,10)(Deft. A-4)
Alan I. Cantor, Esquire
Banner, Birch, McKie & Beckett
One Thomas Circle, N.W.
Washington, D. C.  20005

ALLEGHENY INTERNATIONAL EXERCISE CO.
Ford F. Farabow, Jr., Esquire
Finnegan, Henderson, Farabow,
  Garrett & Dunner
1775 K Street, N.W.
Washington, D. C. 20006

AJAY ENTERPRISES CORP. (Deft. A-2)
▓▓▓▓▓▓▓▓▓ (Pltf. A-4)
Allen M. Terrell, Jr., Esquire
Richard, Layton & Finger
P.O. Box 551
Wilmington, DE  19899

BEACON ENTERPRISES, INC.
SAW MILL RIVER INDUSTRIES, INC.
Myron Amer, Esquire
Bauer & Amer, PC
Lever Building, Suite 344
114 Old Country Road
Mineola, New York  11501-4477

COLUMBIA MANUFACTURING CO.
John J. Dempsey, Esquire
Chapin, Neal & Dempsey, PC
1331 Main Street
Springfield, Mass.  01103

ROADMASTER, INC
Philip B. Polster, Esquire
Polster, Polster and Lucchesi
763 South New Ballas Road
St. Louis, Missouri  63136

WALTON MANUFACTURING COMPANY
Kenneth R. Glaser, Esquire
Glaser, Griggs & Schwartz
Heritage Square Tower
4835 LBJ Freeway, Suite 583
Dallas, Texas  75244

WESLO DESIGN INTERNATIONAL, INC.
Thomas J. Rossa, Esquire
Trask & Britt
525 South 300 East
Post Office Box 1978
Salt Lake City, Utah 84110

ROCKET INDUSTRIES, INC.
Charles E. Wills, Esquire
707 Wilshire Boulevard, 35th Floor
Los Angeles, California  90017-3567

BILLARD BARBELL COMPANY
Harvey B. Jacobson, Jr., Esquire
Deborah S. Humble, Esquire
Fleit, Jacobson, Cohn & Price
1217 E Street, N.W.
Washington, D.C. 20004-1998

Additional Counsel
Allegheny International Exercise Co.
Richard E. Poole, Esq.
Potter, Anderson & Corroon
P.O. Box 951
Wilmington, DE  19899

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 623 -- In re Convertible Rowing Exerciser Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Diversified Products Corporation | A-4 |
| Brown Fitzpatrick Lloyd Patent Ltd. | A-4 |
| Rocket Industries, Inc. | A-1 |
| Ajay Enterprises Corp. | A-2 |
| Allegheny International Exercise Co. | A-3 |
| Roadmaster, Inc. | A-5 |
| Columbia Manufacturing Company | A-6 |
| Beacon Enterprises, Inc. | A-7 |
| Saw Mill River Industries, Inc. | A-7 |
| Billard Barbell Company | A-8 |
| Walton Manufacturing Co. | A-9 |

p. 2

| | A-10 |
|---|---|
| Weslo Design Int'l, Inc. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |