JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 623

FEB 13 1985

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE CONVERTIBLE ROWING EXERCISER PATENT LITIGATION

TRANSFER ORDER*

This litigation consists of nine actions pending in eight federal districts: two actions in the District of Delaware and one action each in the District of Massachusetts, District of Utah, Eastern District of Pennsylvania, Southern District of New York, Southern District of Illinois, Northern District of Texas, and Central District of California. Presently before the Panel is a motion by Diversified Products Corporation and Brown Fitzpatrick Lloyd Patent Limited, the plaintiffs in all actions, to centralize the actions in this litigation in the District of Delaware, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. Seven defendants in actions pending in six federal districts oppose transfer. In the alternative, if the Panel deems transfer appropriate, four opponents suggest that the actions be centralized in the Northern District of Illinois, Southern District of Illinois, or Northern District of Texas.

On the basis of the papers filed,[1/] the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the District of Delaware will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions concern the issue of validity and enforcement of United States Patent No. 4,477,071. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the District of Delaware is the appropriate transferee forum for this litigation. We note that several of the nine actions are clustered in the northeastern United States and that the District of Delaware is as conveniently located for most parties as any other forum suggested by opponents.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Delaware be, and the same hereby are, transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Murray M. Schwartz for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

[1/] The parties waived oral argument and accordingly the question of transfer under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-623 -- IN RE CONVERTIBLE ROWING EXERCISER PATENT LITIGATION

### Central District of California

Diversified Products Corp., et al. v. Rocket Industries, Inc., C.A. No. 84-7967

### Southern District of Illinois

Diversified Products Corp., et al. v. Roadmaster, Inc., C.A. No. 84-4506

### District of Massachusetts

Diversified Products Corp., et al. v. Columbia Manufacturing Co., C.A. No. 84-0380-F

### Southern District of New York

Diversified products Corp., et al. v. Beacon Enterprises, Inc., et al., C.A. No. 84-Civ-7396 (PNL)

### Eastern District of Pennsylvania

Diversified Products Corp., et al. v. Billard Barbell Co., C.A. No. 84-5022

### Northern District of Texas

Diversified Products Corp., et al. v. Walton Manufacturing Co., C.A. No. CA-3-84-1767-D

### District of Utah

Diversified Products Corp., et al. v. Weslo Design International, Inc., C.A. No. NC-84-165-J

### District of Delaware

Diversified Products Corp., et al. v. Ajay Enterprises Corp., C.A. No. 84-600-MMS
Diversified Products Corp., et al. v. Allegheny International Exercise Co., C.A. No. 84-601-MMS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 29 1989

DOCKET NO. 623

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CONVERTIBLE ROWING EXERCISER PATENT LITIGATION

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Joseph J. Longobardi in accordance with the Local Rules for the United States District Court for the District of Delaware.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Joseph J. Longobardi for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

Andrew A. Caffrey
Chairman